
**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 26 2005

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LAWRENCE EDWARD BROWN            PLAINTIFF

vs.          CASE NO. 1:05CV0012 SWW/HLJ

RICHARD HAWKEN            DEFENDANT

## ORDER

The Court has received findings and recommendations from Magistrate Judge Henry L. Jones, Jr.. After a review of those proposed findings and recommendations, the Court adopts them in their entirety.

IT IS, THEREFORE, ORDERED that plaintiff's motions for release and to halt (DE ##8, 10), which this Court construes as motions for preliminary injunctive relief are hereby DENIED.

IT IS SO ORDERED this 26th day of July, 2005.

UNITED STATES DISTRICT JUDGE